■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT MAROLDO, Appellant. [762 NYS2d 516] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 21, 1996 (*People v Maroldo,* 232 AD2d 582 [1996]), affirming a judgment of the Supreme Court, Suffolk County, rendered February 28, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Ritter, J.P., Santucci, Friedmann and Luciano, JJ., concur.